[No. 53874-8-I. Division One. June 27, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. HURSLEY LEWIS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 03-1-08791-9, Julie Spector, J., entered February 27, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54070-0-I. Division One. June 27, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. SHABRAY MCMURRY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 02-1-10369-0, Brian D. Gain, J., entered March 29, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54111-1-I. Division One. June 27, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC DILLION STAFFORD, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 03-8-04889-7, R. McFarland, J. Pro Tem., entered May 5, 2004. *Reversed* by unpublished opinion per Appelwick, J., concurred in by Ellington, A.C.J., and Coleman, J.

[No. 54334-2-I. Division One. June 27, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ALEX UNDRAE PAUL MOORE, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-1-01007-8, James H. Allendoerfer, J., entered May 20, 2004. *Affirmed* by unpublished per curiam opinion.